# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 21, 2013

## NO. 03-12-00528-CV

**City of New Braunfels, Texas, Appellant**

**v.**

**Stop The Ordinances Please; W. W. GAF, Inc. d/b/a Rockin "R" River Rides; Texas Tubes; Tourist Associated Businesses of Comal County; Union River LLC d/b/a Landa River Trips; Chuck's Tubes; Waterpark Management, Inc.; Tri-City Distributors, LP; et al., Appellees**

### APPEAL FROM 207TH DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON AND FIELD
### AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
### OPINION BY JUSTICE PEMBERTON

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the district court's order **EXCEPT** for the portion of the district court's order denying the City's plea to the jurisdiction as to Stone Randall Williams: **IT IS THEREFORE** considered, adjudged and ordered that that the portion of the district court's order denying the City's plea to the jurisdiction as to Stone Randall Williams is reversed and his claims are remanded so the district court may afford him a reasonable opportunity to amend his pleadings. We otherwise affirm the district

court's order.  It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.